No. 91–1297. OHIO DEPARTMENT OF HUMAN SERVICES *v.* OHIO HOSPITAL ASSN. ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 91–1307. RANGEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1318. METALLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1336. REICHLIN *v.* WILLIAMS, NOVACK & HANSEN ET AL. Ct. App. Wash. Certiorari denied.

No. 91–1338. GIRLING HEALTH SYSTEMS, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–1343. GOOS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 91–1357. PERALTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–1364. HASSNEH INSURANCE COMPANY OF ISRAEL, LTD. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (GARAMENDI, INSURANCE COMMISSIONER OF CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–5006. J. E. B. *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 91–6461. CUNNINGHAM *v.* PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 91–6490. HESTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6510. YOUNG *v.* HERRING ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–6611. PURVIS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.